JOSE LUIS ENRIQUEZ JR

5203 W SANDRA TERRACE

GLENDALE, AZ 85306

(623) 239-5821

In pro per

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

CIV'10 0850 PHX SRB

|  |  |
|---|---|
| JOSE LUIS ENRIQUEZ JR, | ) Case No.: _____ <br> ) <br> ) **Complaint to Action of Quiet** <br> ) **Title/** <br> ) **Lis Penden** <br> ) <br> ) 1) **Violation of Regulation Z of** <br> ) **the Truth in Lending Act,** <br> ) **pursuant to Title 5 U.S.C.** <br> ) **section 1635(a) and Title 12** <br> ) **CFR 226.23 (d)(i).** |
| Plaintiff, | |
| vs. | |
| 1. FEDERAL NATIONAL MORTGAGE ASSOCIATION, CHASE HOME FINANCE, LLC., JPMORGAN CHASE BANK, N.A., TIFFANY & BOSCO P.A, MICHAEL A BOSCO JR AND MERS | |
| Defendants | |

Here comes the Plaintiff JOSE LUIS ENRIQUEZ JR who is bringing this complaint to Action of Quiet Title/ Lis Penden to this court. This controversy is over Six Hundred and Ninety Thousand

Quiet Title Lis Penden/ Honor Draft - 1

Dollars and it also involves a real property located at the following locations:

1. 5203 West Sandra Terrace, Glendale, Arizona 85306

## JURISDICTION OF THE COURT

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice David Zepeda, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal

### PARTIES OF INTEREST

Defendant at all times mentions secured party JOSE LUIS ENRIQUEZ JR

Plaintiffs at all times mentions:
1. FEDERAL NATIONAL MORRTGAGE ASSOCIATION, CHASE HOME FINANCE, LLC., JPMORGAN CHASE BANK, N.A.,TIFFANY & BOSCO P.A, MICHAEL A BOSCO JR AND MERS

### FACTS

All properties belonged to the fictitious Plaintiff and all of the original Deeds of Trust have been rescinded in good faith due to the following reasons:

A) The Lenders **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out. See attached copy of Qualified Written Requests, Notice of Right to Cancel, Notice of Fault, Notice of Default and Notary Certificate of no Response as exhibit #1

B) The ultimate fact due to the dishonor/unethical and outrageous business practice of the Defendants, JOSE LUIS ENRIQUEZ JR, in his own stead, gave notice of rescission of the Deeds of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process.

The affirmative fact is that Plaintiff JOSE LUIS ENRIQUEZ JR, further has reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the Defendants' willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and is expecting Relief under said act.  This is the reason why JOSE LUIS ENRIQUEZ JR honors the defendant's mutual administrative settlement agreement and stipulations and has or will be filing, an action to Quiet title/Lis Penden, under the rules of the common law, to test the Validity of the Agreement and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property.

Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.  Deutsche Bank was in the same situation as the Defendants and the judge Boyko in the state of Ohio in the USA

made a ruling that the bank had no legal right to foreclose on 14 homes whose owners had failed to keep current in their monthly mortgage payments. Now this might sound like small beer for Deutsche Bank, one of the world's largest banks with over ¤1.1 trillion (Billionen) in assets worldwide. For the Anglo-Saxon banking world and its European allies like Deutsche Bank, BNP Paribas, Barclays Bank, HSBC or others.  A US Federal Judge, C.A. Boyko in Federal District Court in Cleveland Ohio ruled to dismiss a claim by Deutsche Bank National Trust Company. DB's US subsidiary was seeking to take possession of 14 homes from Cleveland residents living in them, in order to claim the assets.  The Judge asked Deutsche Bank to show documents proving legal title to the 14 homes. Deutsche Bank could not. All Deutsche Bank attorneys could show was a document showing only an "intent to convey the rights in the mortgages." They could not produce the actual mortgage, the heart of Western property rights since the Magna Charta of not longer.

    Again why could Deutsche Bank not show the 14 mortgages on the 14 homes? Because they live in the exotic new world of "global securitization", where banks like DB or Citigroup buy tens of thousands of mortgages from small local lending banks, "bundle" them into Jumbo new securities which then are rated by Moody's or Standard & Poors or Fitch, and sell them as bonds to pension funds or other banks or private investors who naively believed they were buying bonds rated AAA, the highest, and never realized that their "bundle" of say 1,000 different home

mortgages, contained maybe 20% or 200 mortgages rated "sub-prime," i.e. of dubious credit quality. Indeed the profits being earned in the past seven years by the world's largest financial players from Goldman Sachs to Morgan Stanley to HSBC, Chase, and yes, Deutsche Bank, were so staggering, few bothered to open the risk models used by the professionals who bundled the mortgages. Certainly not the Big Three rating companies who had a criminal conflict of interest in giving top debt ratings. That changed abruptly last August and since then the major banks have issued one after another report of disastrous "sub-prime" losses.

Judge Boyko warned Lender Deutsche Bank National Trust Co. if Proper mortgage ownership documents weren't produced, he would Dismiss 14 foreclosures. Using this example Plaintiff JACK BACA is noticing that foreclosure of the properties in question was not legal, he is respectfully requesting to produce proper Ownership documents from the Defendants. If not provided, the Foreclosure should be dismissed for the reason that defendant did not have a reason to foreclosure on the properties, especially that Defendant had or should have a knowledge that properties in question are in bankruptcy.

**COUNTERFEITING SECURITIES OF THE UNITED STATES**

Article 1, section 8, clause 6 in the U.S. Constitution provides that, "the Congress shall have power to provide for the

punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**FAILURE TO GIVE FULL DISCLOSURE OF CONTRACT ACCORDING TO THE TRUTH AND LENDING ACT AND REGULATION Z**

The Secured Party, JOSE LUIS ENRIQUEZ JR, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192,

**STATEMENT OF CAUSE**

The Secured Party JOSE LUIS ENRIQUEZ JR attests and is informed of the definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right to incur debt and defer its payment.

The Secured Party, JOSE LUIS ENRIQUEZ JR is further informed that it is the responsibility of the lenders (creditor) to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..."  And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that Defendants and its cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff.  The defendants further failed to disclose the loan was pre-paid and the plaintiff would be converted into a tenant for 30 years.  It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve

Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

**See Jerome Daily v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968 ruled that Federal Reserve Notes were fiat money and not legal tender. After jury deliberation and return a unanimous verdict for defendant was entered after bank president admitted that it was standard banking procedure that he created the "money", he loaned it to the defendant as a book entry. On December 7th at the conclusion of trial the mortgage was canceled.**

The Secured Party, JOSE LUIS ENRIQUEZ JR, further has reason to believe this operation under the color of authority by Defendants is in direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. The Secured Party, JOSE LUIS ENRIQUEZ JR, in his own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice.

### JUDICIAL NOTICE OF HOW A THE CLAIM OF RELIEF CAN BE GRANTED

1  The Secured Party, JOSE LUIS ENRIQUEZ JR gives **Judicial
2  Notice to the United States District Court that relief can only
3  be granted:**
4
5  A) Regulation Z of the Truth in Lending Act Title 5 USC Section
6  1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling
7  in Yamamoto v. Bank of New York, 329 F3d 1167. Per Regulation Z
8  Action for rescission and Replevin is further Authorized Per
9  House Joint Resolution-192/ the Emergency Bankruptcy of 1933.
10
11 B) **My bond UCC-1 financial Statement/ Transmitting Utilities
12 Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/
13 Emergency Bankruptcy Act and adjustment of my pre-paid account
14 with the Secretary of State and the Secretary of the Treasury in
15 exchange with my exemption, and release of all property/
16 proceeds to the Secured Party in Accordance with the Uniform
17 Commercial Code.**
18
19                          CONCLUSION
20
21      The Secured Party, JOSE LUIS ENRIQUEZ JR, **honored** and
22 further anticipates that Defendants and their attorneys in a
23 spurious attempt to cover up the RICO and unclean hands,
24 requests an order for dismissal due to defendants' failure to
25 post bond or state how a claim of relief can be granted.
26
27
28

**PRAYER**

1) Request to the Court that the it will honor the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the Plaintiff.

2) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange, which will be presented at trial.

3) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties Defendant will cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out **dishonored** by silence, Plaintiff's Request to have a professional accountant to check the credit and debit of the account. Request that this court accept Plaintiff's bond UCC-1 financial statement by the secretary of state as an acceptance merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Emergency Act/ Uniform Commercial Code.

4) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties, as well as special request that this controversy is governed only according to the rule of the Common Law Article III proceeding,

waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties to have Defendants before they hire any attorney dishonor/ protest JOSE LUIS ENRIQUEZ JR's honor draft (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do whatever the District Court of the United States article III court deem to be just and proper.

**VERIFICATION**

The Secured Party, JOSE LUIS ENRIQUEZ JR, declares and attests that he has honored all Defendants' notices. In further he dishonored any refusal to sign under Defendants' full

commercial liability under the penalty of perjury and gives full disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, JOSE LUIS ENRIQUEZ JR qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to JOSE LUIS ENRIQUEZ JR's home insurance policy) to have the public debt discharged.  Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and Defendants' dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties and shall also be viewed as true and correct.

Henceforth Submitted

*[signature: Jose L. Enriquez]*
JOSE LUIS ENRIQUEZ JR